

# IN THE
# TENTH COURT OF APPEALS

## No. 10-17-00060-CV

## IN THE INTEREST OF A.C. AND S.C., CHILDREN

**From the 21st District Court
Burleson County, Texas
Trial Court No. 28,210**

## O R D E R

The Texas Department of Family and Protective Services's second motion for extension of time to file its brief in this appeal was filed on May 16, 2017. In the motion, the Department requests an extension of 20 days from the date this Court grants the Department access to the sealed record to file its brief.

On May 23, 2017, an amended supplemental clerk's record containing the trial court's order granting the Department access to the sealed record was filed with this Court.[1] On the same date, a copy of the reporter's and clerk's records was emailed by the Clerk of this Court to the Department.

---

[1] A previously filed supplemental clerk's record did not contain the referenced order although, according to the index thereof, it should have.

Accordingly, the Department's motion for extension of time filed on May 16, 2017

is granted.  The Department's brief is due June 19, 2017.


PER CURIAM


Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion granted
Order issued and filed May 31, 2017

